NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY ROMAN DADY,          )
                             )
        Appellant,           )
                             )
v.                           )          Case No. 2D17-3001
                             )
MARYANA PAVLYSHYN DADY,       )
                             )
        Appellee.            )
_____ )

Opinion filed June 22, 2018.

Appeal from the Circuit Court for Pinellas
County; Keith Meyer, Judge.

Gregory Roman Dady, pro se.

Melissa Gilkey Mince of Anderson Law
Group, Clearwater, for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, CRENSHAW, and SLEET, JJ., Concur.